UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CAROL L. ROBILLARD,<br>        Plaintiff,<br>v.<br>LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official Capacity as DIRECTOR OF LABOR READY NORTHEAST, INC., and ARTHUR TARINELLI as MANAGER OF LABOR READY NORTHEAST, INC.,<br>        Defendant. | CIVIL ACTION NO. 03-329S |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE WAIVING ALL RIGHTS TO APPEAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is hereby stipulated by all parties that the complaint by plaintiff Carol L. Robillard against defendants Labor Ready Northeast, Inc., Robert Murphy, in his official Capacity as Director of Labor Ready Northeast, Inc., and Arthur Tarinelli in his official capacity as Manager of Labor Ready Northeast, Inc. in the above-entitled action be dismissed with prejudice and without costs, waiving all rights of appeal and/or rights to petition for attorneys' fees and expenses.

Respectfully submitted,

| Plaintiff, | Defendants, |
|---|---|
| CAROL L. ROBILLARD, | LABOR READY NORTHEAST, INC., ROBERT MURPHY, in his official Capacity as DIRECTOR OF LABOR READY NORTHEAST, INC., and ARTHUR TARINELLI as MANAGER OF LABOR READY NORTHEAST, INC. |
| By her attorney, | |
| | By their Attorneys, |
| /s/ Patricia E. Andrews<br>Patricia E. Andrews, Esq. #4321<br>129 Dyer Street<br>Providence, RI 02903<br>(401) 421-0966 | /s/ Frederick E. Connelly, Jr.<br>Frederick E. Connelly, Jr., Esq. #6772<br>Rebecca J. Wilson, Esq. (pro hac vice)<br>Elizabeth A. Houlding, Esq. (pro hac vice)<br>PEABODY & ARNOLD, LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this <u>28</u> day of December, 2006, I served the aforementioned document upon all counsel of record by mailing a copy of same, first class mail, postage prepaid to:

    Patricia E. Andrews, Esquire
    129 Dyer Street
    Providence, RI 02903

                                             /s/ Elizabeth A. Houlding
                                             Elizabeth A. Houlding

PABOS2:EHOULDI:651004_1
14761-91935